1 | DAVID M. FURBUSH (SBN 083447)
MEREDITH N. LANDY (SBN 136489)
2 | DALE M. EDMONDSON (SBN 189793)
O'MELVENY & MYERS LLP
3 | 2765 Sand Hill Road
Menlo Park, California  94025-7019
4 | Telephone:  (650) 473-2600
Facsimile:   (650) 473-2601
5 | DFurbush@omm.com
MLandy@omm.com
6 | DEdmondson@omm.com

7 | Attorneys for Defendants
Magma Design Automation, Inc.,
8 | Rajeev Madhavan, Gregory C. Walker and
Roy E. Jewell

9

10 | **UNITED STATES DISTRICT COURT**

11 | **NORTHERN DISTRICT OF CALIFORNIA**

12

13 | THE CORNELIA I. CROWELL GST TRUST, On Behalf Of Itself and All

Case No. C 05 2394 CRB

14 | Others Similarly Situated,

STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING SCHEDULING

15 | Plaintiff,

AND RELATED MATTERS

16 | v.

17 | MAGMA DESIGN AUTOMATION, INC., RAJEEV MADHAVAN,
18 | GREGORY C. WALKER, ROY E. JEWELL,

19 | Defendants.

Complaint Filed:  June 13, 2005
Jury Trial Demanded

20

21

22 | Pursuant to F.R. Civ. P. 16(e), Civil L.R. 23-1(b), and the Manual for Complex

23 | Litigation, Fourth §§ 11.12, 11.21 and 31 (2004), the parties stipulate, and the Court

24 | hereby orders, as follows:

25 | <u>CONSOLIDATION OF RELATED CASES</u>

26 | 1.      All related actions that are subsequently filed in, or transferred to, this

27 | District shall be consolidated into this action for pretrial purposes.  This Order shall apply

28 | to every such related action, absent order of the Court.   A party that objects to such

1    consolidation, or to any other provision of this Order, must file an application for relief

2    from this Order within thirty (30) days after the date on which a copy of the order is

3    mailed to the party's counsel.

4         2.    This Order is entered without prejudice to the rights of any party to apply

5    for severance of any claim or action, for good cause shown.

6                        MASTER DOCKET AND CAPTION

7         3.    The docket in Civil Action No. C-05-2394 shall constitute the Master

8    Docket for this action.

9         4.    Every pleading in this proceeding shall bear the following caption:

10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13   IN RE MAGMA DESIGN                  )
     AUTOMATION, INC. SECURITIES         )        Case No. C-05-2934-CRB
14   LITIGATION                          )
                                         )        CLASS ACTION
15   THIS DOCUMENT RELATES TO:           )
                                         )
16   _____    )

17        5.    The file in Civil Action No. C-05-2934 shall constitute a Master File for

18   every action consolidated into this action.  When a pleading is intended to be applicable

19   to all actions to which this Order is applicable, the phrase "All Actions" shall appear

20   immediately after the words "This Document Relates To:" in the caption set out above.

21   When a pleading is intended to be applicable only to some, but not all, of such actions, the

22   document shall list, immediately after the phrase "This Document Relates To:", the docket

23   number for each individual action to which the document applies, along with the last

24   name of the first-listed plaintiff in any such action.

25        6.    The parties shall file a Notice of Related Cases pursuant to Civil L.R. 3-12

26   whenever a case that should be consolidated into this action is filed in, or transferred to,

27   this District.  If the Court determines that the case is related, the clerk shall:

28   / / /

STIPULATION AND [PROPOSED] ORDER
                                          CASE NO. C 05 2394 CRB

1             a.      Place a copy of this Order in the separate file for such action;

2             b.      Serve on plaintiff's counsel in the new case a copy of this Order;

3             c.      Direct that this Order be served upon any new defendant(s) in the

4 new case); and

5             d.      Make the appropriate entry in the Master Docket.

6 LEAD PLAINTIFF'S COUNSEL

7       7.      After the Court has designated a Lead Plaintiff, pursuant to 15 U.S.C.

8 § 78u-4(a)(3)(B), the Lead Plaintiff shall designate a law firm or firms to serve,

9 with approval of the Court, as Lead Plaintiff's Counsel, pursuant to 15 U.S.C.

10 § 78u-4(a)(3)(B)(v).  Following the Court's approval of the selected Lead Plaintiff's

11 Counsel, such counsel shall have authority to speak for, and enter into agreements on

12 behalf of, plaintiffs in all matters regarding pretrial procedures, discovery, and settlement

13 negotiations.  Lead Plaintiff's Counsel shall manage the prosecution of this litigation to

14 avoid duplicative or unproductive activities.  Lead Plaintiff's Counsel shall be responsible

15 for coordination of all activities and appearances on behalf of plaintiffs and for

16 dissemination of notices and orders.  Lead Plaintiff's Counsel shall maintain a master

17 service list of all parties and counsel.

18       8.      Defendants' counsel may rely upon agreements made with Lead Plaintiff's

19 Counsel.  Such agreements shall be binding on all plaintiffs.  Service on Lead Plaintiff's

20 Counsel shall constitute service on all plaintiffs.

21       9.      Any counsel of record for a party in this action who is not a member of the

22 Bar of this District is hereby admitted to practice *pro hac vice* in this action.

23 PLEADINGS AND MOTIONS

24      10.     Defendants are not required to respond to the complaint in this action or any

25 action consolidated into this action, other than a consolidated complaint or a complaint

26 designated as the operative complaint by Lead Plaintiff's Counsel.

27      11.     Lead Plaintiff shall file a consolidated complaint within sixty (60) days

28 of the entry of an order appointing Lead Plaintiff and Lead Counsel in this Consolidated

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 05 2394 CRB

1    Action, unless otherwise agreed upon by the parties.  The consolidated complaint shall

2    supersede all existing complaints filed in the Action.

3         12.    Defendants shall respond to the consolidated complaint within forty-five

4    (45) days after service (or, in the event that Lead Plaintiff's Counsel designates an

5    existing complaint as the operative complaint, within forty-five (45) days after service

6    of written notice of such designation), unless otherwise agreed upon by the parties.  If

7    defendants file any motions directed at the operative complaint, the opposition brief shall

8    be filed within forty five (45) days of that motion, with the reply brief filed thirty (30)

9    days thereafter, unless otherwise agreed upon by the parties.

10        13.    Counsel for the parties shall notify their clients of their document

11   preservation obligations pursuant to the federal securities laws and the Local Rules.

12   Dated:  June 29, 2005              O'MELVENY & MYERS LLP

13

14                                     By: _David M. Furbush /mln____
15                                              David M. Furbush

16                                     Attorneys for Defendants
                                       Magma Design Automation, Inc., Rajeev
17                                     Madhavan, Gregory C. Walker, Roy E. Jewell

18   Dated:  June 29, 2005              MILBERG WEISS BERSHAD &
                                       SCHULMAN LLP
19

20                                     By: _Elizabeth P. Lin /mln____
21                                              Elizabeth P. Lin

22                                     Attorneys for Plaintiff
                                       The Cornelia I. Crowell GST Trust, On
23                                     Behalf Of Itself and All Others Similarly
                                       Situated
24

25        I, David M. Furbush, hereby attest that Elizabeth P. Lin of Milberg Weiss Bershad

26   & Schulman LLP has concurred in this filing.

27                                     _David M. Furbush /mln____
                                              David M. Furbush
28

                              - 4 -          STIPULATION AND [PROPOSED] ORDER
                                             CASE NO. C 05 2394 CRB

1

<u>O R D E R</u>

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

DATED:   <u>June 30</u>   , 2005    _____

Hon. Charles R. B
United States Dist

APPROVED

Judge Charles R. Breyer

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -