1  MILBERG WEISS BERSHAD
      & SCHULMAN LLP
2  JEFF S. WESTERMAN (SBN 94559)
   ELIZABETH P. LIN (SBN 174663)
3  355 S. Grand Avenue, Suite 4170
   Los Angeles, CA 90071-3172
4  Telephone: (213) 617-1200
   Facsimile:  (213) 617-1975
5  E-Mail:  jwesterman@milbergweiss.com
            elin@milbergweiss.com
6
   GLANCY BINKOW & GOLDBERG LLP
7  LIONEL Z. GLANCY
   MICHAEL GOLDBERG
8  1801 Avenue of the Stars, Suite 311
   Los Angeles, California 90067
9  Telephone: (310) 201-9150
   Facsimile:  (310) 201-9160
10
   Counsel for Magma Lead Plaintiff Group
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14  IN RE:  MAGMA DESIGN AUTOMATION,     )  Case No.: C-05-2394 CRB
    INC., SECURITIES LITIGATION          )
15                                        )  STIPULATION AND [PROPOSED]
                                          )  ORDER TO CONTINUE CASE
16  This Document Relates to:             )  MANAGEMENT CONFERENCE AND
                                          )  RELATED DATES
17                                        )
    ALL ACTIONS                           )
18                                        )
                                          )
19                                        )
                                          )
20                                        )
                                          )
21                                        )
                                          )
22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE & RELATED DATES
Case No.: C-05-2394 CRB

DOCS\308210v1

1    WHEREAS, on June 13, 2005, a complaint alleging violations of the federal securities laws

2    was filed against defendants;

3    WHEREAS, on August 15, 2005, pursuant to the Private Securities Litigation Reform Act,

4    15 U.S.C. §78u-4, the Magma Lead Plaintiff Group filed a motion for appointment of Lead Plaintiff

5    and Lead Counsel, and the motion is scheduled to be heard on October 7, 2005;

6    WHEREAS, pursuant to the Scheduling Order entered on July 1, 2005, the consolidated

7    complaint in this case is due sixty (60) days after the entry of a order appointing Lead Plaintiff and

8    Lead Counsel;

9    WHEREAS, pursuant to the Order Setting Initial Case Management Conference dated

10   June 13, 2005, the parties are required to meet and confer pursuant to Fed. R. Civ. P. 26(f) by

11   September 16, 2005, to file and serve a Case Management Statement by September 30, 2005, and to

12   attend a Case Management Conference on October 7, 2005 at 8:30 a.m.; and

13   WHEREAS, in light of the fact that a Lead Plaintiff and Lead Counsel has not yet been

14   appointed, and a consolidated complaint has not yet been filed, and in order to avoid unnecessary

15   burden and expense, the parties wish to continue the Case Management Conference and related

16   dates until after such time as a consolidated complaint has been upheld by the Court;

17   NOW, THEREFORE, the parties stipulate and agree, and the Court hereby orders, as

18   follows:

19   1.    The Case Management Conference currently set for October 7, 2005, at 8:30 a.m.,

20   and other associated dates referenced in the June 13, 2005 Order Setting Initial Case Management

21   Conference, shall be taken off calendar;

22   2.    The parties shall submit a stipulation with a proposed date and time for the Case

23   Management Conference and the filing and serving of the Case Managements Statement within

24

25

26

27

28   / / /

STIPULATION & [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE & RELATED DATES
Case No.: C-05-2394 CRB                                                                    - 1 -
DOCS\308210v1

1  fourteen (14) days after such time as a consolidated complaint has been upheld by the Court.

2  DATED:   September 7, 2005          MILBERG WEISS BERSHAD
                                          & SCHULMAN LLP
3                                       ELIZABETH P. LIN

4
                                        By:        /s/ Elizabeth P. Lin
5                                                  Elizabeth P. Lin

6                                       Counsel for Magma Lead Plaintiff Group

7
   DATED:   September 7, 2005          O'MELVENY & MYERS LLP
8                                       DALE M. EDMONDSON

9
                                        By:        /s/ Dale M. Edmondson
10                                                 Dale M. Edmondson

11                                      Counsel for Defendants

12
                                *       *       *
13
                                    **ORDER**
14
          PURSUANT TO STIPULATION, IT IS SO ORDERED.
15

16

17  Dated: __September 14____, 2005
                                        _____
18                                      The Honor[able]
                                        United State[s]        APPROVED
19
                                                          Judge Charles R. Breyer
20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE & RELATED DATES
CASE NO. 5:04-CV-0331 (WHA)                                                          - 2 -
DOCS\308210v1