1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: MAGMA DESIGN AUTOMATION, INC., SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: C-05-2394 CRB [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL DATE: November 18, 2005 TIME: 10:00 a.m. CTRM: 8, 19th Floor JUDGE: Honorable Charles R. Breyer |
|---|---|---|
| This Document Relates to: ALL ACTIONS | | |

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF, AND APPROVING SELECTION OF CO-LEAD COUNSEL
Case No.: C-05-2394 CRB

DOCS\316472v1

The Court, having considered the lead plaintiff motions and all papers filed in connection thereof, and good cause appearing therefore, HEREBY ORDERS AS FOLLOWS:

1. The Motion of Frank Weiler is GRANTED;

2. Frank Weiler is the "most adequate plaintiff" and accordingly, is appointed Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

3. Milberg Weiss Bershad & Schulman LLP is appointed Lead Counsel pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

IT IS SO ORDERED.

DATED: Dec. 09, 2005

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

APPROVED
Judge Charles R. Breyer

Respectfully submitted,

MILBERG WEISS BERSHAD
 & SCHULMAN LLP
JEFF S. WESTERMAN (SBN 94559)
ELIZABETH P. LIN (SBN 174663)
355 South Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

-and-

MILBERG WEISS BERSHAD
 & SCHULMAN LLP
STEVEN G. SCHULMAN
PETER E. SEIDMAN
SHARON M. LEE
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Proposed Lead Counsel