**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE MAGMA DESIGN AUTOMATION, INC. SECURITIES LITIGATION | No. C 05-02394 CRB<br><br>**ORDER RE: BRIEFING SCHEDULE** |

THIS DOCUMENT RELATES TO:
ALL ACTIONS

Defendant filed a motion to dismiss in on March 24, 2006, to be heard on June 23, 2006.  The parties have not informed the Court of a stipulated briefing schedule, so the Court orders as follows:

Plaintiffs' Opposition shall be filed on or before May 5, 2006.  Defendant's Reply, if any, shall be filed by May 26, 2006.

**IT IS SO ORDERED.**

Dated: April 14, 2006

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28