1  MILBERG WEISS BERSHAD
   & SCHULMAN LLP
2  JEFF S. WESTERMAN (SBN 94559)
   KAREN T. ROGERS (SBN 185465)
3  CHERYL A. WILLIAMS (SBN 193532)
   355 S. Grand Avenue, Suite 4170
4  Los Angeles, CA 90071-3172
   Telephone: (213) 617-1200
5  Facsimile:  (213) 617-1975

6  Lead Counsel for the Class

7  [Additional Counsel on Signature Page]

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14  IN RE MAGMA DESIGN AUTOMATION,  )  Case No.: C-05-2394 CRB
    INC. SECURITIES LITIGATION      )
15                                  )  <u>CLASS ACTION</u>
                                    )
16                                  )  STIPULATION AND [~~PROPOSED~~] ORDER
    This Document Relates to:       )  REGARDING SCHEDULING AND
17                                  )  BRIEFING LENGTH ON MOTION TO
                                    )  DISMISS CONSOLIDATED AMENDED
18  ALL ACTIONS                     )  COMPLAINT
                                    )
19                                  )  DATE:   June 23, 2006
                                    )  TIME:   10:00 a.m.
20                                  )
                                    )  JUDGE:  Honorable Charles R. Breyer
21

STIP & [PROP] ORDER RE SCHEDULING & BRIEFING LENGTH ON MOTION TO DISMISS
CONSOLIDATED AMENDED COMPLAINT
Case No. C-05-2394 CRB
DOCS\362412v1

1   WHEREAS, this Court's standing Order limits briefing on motions to dismiss to 15 pages;

2   WHEREAS, plaintiff filed its 25-page Opposition to Defendants' Motion to Dismiss the

3   Consolidated Amended Complaint on May 5, 2006 in violation of the 15-page limit in order to

4   address the factual complexities at issue and the stringent standard required under the PSLRA; and

5   WHEREAS, defendants do not object to the filing of plaintiff's overlength opposition brief

6   so long as they are granted seven (7) additional days in which to file a Reply Brief in response to

7   plaintiff's opposition brief.

8   THEREFORE, it is hereby stipulated and agreed by the parties, subject to the Court's

9   approval, that:

10   (1)   Plaintiff is retroactively granted leave to file its 25-page opposition brief and is not

11   required to file an amended 15-page opposition brief; and

12   (2)   Defendants shall file their reply brief on or before June 2, 2006, rather than the May

13   26, 2006 date previously set by the Court's April 14, 2006 Order.

14   DATED: May 19, 2006          MILBERG WEISS BERSHAD
                                    & SCHULMAN LLP
15                                 JEFF S. WESTERMAN
                                   KAREN T. ROGERS
16                                 CHERYL A. WILLIAMS

17

18                                      /s/CHERYL A. WILLIAMS
                                        CHERYL A. WILLIAMS
19
                                   355 South Grand Avenue, Suite 4170
20                                 Los Angeles, CA 90071
                                   Telephone: (213) 617-1200
21                                 Facsimile:  (213) 617-1975

22                                 Lead Counsel for the Class

23

24

25

26

27

28

STIP & [PROP] ORDER RE SCHEDULING & BRIEFING LENGTH ON MOTION TO DISMISS
CONSOLIDATED AMENDED COMPLAINT                                                    - 1 -
Case No. C-05-2394 CRB
DOCS\362412v1

DATED: May 19, 2006

O'MELVENY & MYERS
DAVID M. FURBUSH
DALE M. EDMONDSON
MERIDETH N. LANDY

      /s/ DALE M. EDMONDSON
   DALE M. EDMONDSON
2765 Sand Hill Road
Menlo Park, CA  94025
Telephone:  (650) 473-2632
Facsimile:   (650) 473-2601

Counsel for Defendants

\*   \*   \*

## ORDER

IT IS SO ORDERED that:

1. Plaintiff is retroactively granted leave to file its 25-page opposition brief and is not required to file an amended 15-page opposition brief; and

2. Defendants shall file their reply brief on or before June 2, 2006.

May 24, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*