1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE MAGMA DESIGN AUTOMATION,
INC. SECURITIES LITIGATION

No. C 05-02394 CRB

**ORDER**

   Now pending before the Court is defendant's motion to dismiss on the grounds that plaintiffs fail to satisfy the pleading standards of the Private Securities Litigation Reform Act of 1995 ("PSLRA").  Plaintiffs' Opposition identifies several areas of material importance that could benefit from amending the Complaint.  Accordingly, and in the interest of efficiency, the Court hereby vacates the hearing on defendant's motion to dismiss set for June 23, 2006, and grants plaintiffs leave to file an amended complaint so that all relevant and particular allegations can be presented to the Court at once.  The amended complaint shall be filed no later than June 30, 2006.  Defendant shall file its motion to dismiss on or before July 14, 2006.  The Court will hear oral argument on August 18, 2006, in accordance with the local rules.

   **IT IS SO ORDERED.**

Dated: June 19, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2394\order 2.wpd

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28