MILBERG WEISS BERSHAD
  & SCHULMAN LLP
JEFF S. WESTERMAN (SBN 94559)
E-mail: jwesterman@milbergweiss.com
KAREN T. ROGERS (SBN 185465)
E-mail: krogers@milbergweiss.com
CHERYL A. WILLIAMS (SBN 193532)
E-mail: cwilliams@milbergweiss.com
355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

Lead Counsel for the Class

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE MAGMA DESIGN AUTOMATION, INC. SECURITIES LITIGATION | Case No.: C-05-2394 CRB |
| | <u>CLASS ACTION</u> |
| This Document Relates to:<br><br>ALL ACTIONS | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEADLINE FOR FILING FIRST AMENDED CONSOLIDATED COMPLAINT AND BRIEFING SCHEDULE FOR MOTION TO DISMISS |
| | JUDGE:    Honorable Charles R. Breyer |
| | **ORDER DENYING** |

WHEREAS, this Court's Order of June 19, 2006, *sua sponte* vacated the hearing on Defendants' motion to dismiss, previously set for June 23, 2006;

WHEREAS, the Order also sets a June 30, 2006 deadline for the filing of an amended complaint ("First Amended Consolidated Complaint") and calls for Defendant to file a motion to dismiss on or before July 14, 2006, set for hearing on August 18, 2006;

WHEREAS, after 14 years at the current location, Lead Counsel, Milberg Weiss Bershad & Schulman LLP is relocating its entire Los Angeles office from 355 S. Grand Avenue in Los Angeles to 300 S. Grand Avenue, necessitating the packing of files and equipment the week of June 26th and closure of Lead Counsel's premises and a computer-system shut-down beginning Thursday, June 29th for the move and setting up in the new space through the holiday weekend.

THEREFORE, it is hereby stipulated and agreed by the parties, subject to the Court's approval that:

(1)   Plaintiff's deadline for filing the First Amended Consolidated Complaint shall be reset to Thursday, July 6, 2006;

(2)   Defendants shall file their motion to dismiss on or before July 21, 2006,

(3)   The motion will be heard on August 25, 2006.

DATED:  June 21, 2006
MILBERG WEISS BERSHAD
 & SCHULMAN LLP
JEFF S. WESTERMAN
KAREN T. ROGERS
CHERYL A. WILLIAMS

*/s/ Jeff S. Westerman*
JEFF S. WESTERMAN

355 South Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

Lead Counsel for the Class

| | | |
|---|---|---|
| 1 | DATED:  June 21, 2006 | O'MELVENY & MYERS |
| 2 | | DAVID M. FURBUSH |
| | | DALE M. EDMONDSON |
| 3 | | MERIDETH N. LANDY |

                                                  /s/ Dale M. Edmondson
                                                 DALE M. EDMONDSON

                                        2765 Sand Hill Road
                                        Menlo Park, CA  94025
                                        Telephone:  (650) 473-2632
                                        Facsimile:   (650) 473-2601

                                        Counsel for Defendants

                              *        *        *

**ORDER**

IT IS SO ORDERED that:

(1) Plaintiff's deadline for filing the First Amended Consolidated Complaint shall be reset to Thursday, July 6, 2006;

(2) Defendants shall file their motion to dismiss on or before July 21, 2006;

(3) The motion will be heard on August 25, 2006.

_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

[Stamp: DENIED — Judge Charles R. Breyer — United States District Court, Northern District of California]