IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MAGMA DESIGN AUTOMATION, INC. SECURITIES LITIGATION | No. C 05-02394 CRB<br><br>**ORDER** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

  Now pending before the Court is defendant's motion to dismiss this securities fraud action. Plaintiff has failed to plead with particularity that defendants Gregory C. Walker and Roy Jewell had the requisite scienter grounded in an awareness that the validity of the company's patents was in question. Accordingly, they are hereby dismissed from the case. Plaintiff, however, has alleged with sufficient particularity that Rajeev Madhavan, Magma's CEO, made false or misleading statements with the requisite scienter to state a Rule 10b-5 claim for securities fraud under sections 10(b) and 20(a) of the Securities Exchange Act of 1934. Accordingly, the motion is DENIED as to Madhavan and the company.

  **IT IS SO ORDERED.**

Dated: August 18, 2006

                CHARLES R. BREYER
                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2394\order 3 mtd.wpd