1  DAVID M. FURBUSH (S.B. #83447)
   MEREDITH N. LANDY (S.B. #136489)
2  DALE M. EDMONDSON (S.B. #189793)
   SARA M. FOLCHI (S.B. #228540)
3  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
4  Menlo Park, California  94025
   Telephone:   (650) 473-2600
5  Facsimile:   (650) 473-2601
   E-Mail:      dfurbush@omm.com
6               mlandy@omm.com
                dedmondson@omm.com
7               sfolchi@omm.com

8  Attorneys for Defendants
   MAGMA DESIGN AUTOMATION, INC. AND
9  RAJEEV MADHAVAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| In re | Case No.  C-05-2394-CRB |
| --- | --- |
| MAGMA DESIGN AUTOMATION, INC. SECURITIES LITIGATION | **CLASS ACTION** |
|  | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER AND RESETTING CASE MANAGEMENT DEADLINES** |
| This document relates to:<br><br>ALL ACTIONS. |  |

O'MELVENY & MYERS LLP
ATTORNEYS AT LAW
MENLO PARK

STIP. & [PROPOSED] ORDER RE: EXTENSION TO ANSWER & CMC DEADLINES – C-05-2394-CRB

**RECITALS**

1. **WHEREAS**, the parties agreed to continue the initial case management conference and related dates until after such time as a consolidated complaint has been upheld by the Court, and to submit a revised scheduling order within fourteen (14) days of that order, on September 7, 2005;

2. **WHEREAS**, the Court signed the parties' stipulation on September 14, 2005;

3. **WHEREAS**, the Court granted in part and denied in part defendants' motion to dismiss on August 18, 2006;

4. **WHEREAS,** defendants' answer to the first amended consolidated complaint is currently due on September 1, 2006;

5. **WHEREAS**, Plaintiffs and Defendants have met and conferred regarding an appropriate initial case management schedule;

**STIPULATION OF THE PARTIES**

**THEREFOR**, the parties hereto, lead plaintiff Frank Weiler and defendants Magma Design Automation, Inc. and Rajeev Madhavan, by and through their respective counsel of record, hereby stipulate, agree, and request that the Court enter an order thereon, as follows:

1. Defendants shall file and serve the answer to the first amended consolidated complaint on or before September 29, 2006;

2. The parties shall meet and confer regarding initial disclosures, early settlement, and a discovery plan on or before September 18, 2006;

3. The last day to complete initial disclosures, file and serve a joint Case Management Statement, and file and serve a Rule 26(f) Report shall be October 10, 2006; and

1  4. The Initial Case Management Conference shall be held at 8:30 a.m. on Friday,
2  October 20, 2006.

3

4  Dated: August 28, 2006                          DAVID M. FURBUSH
                                                   MEREDITH N. LANDY
5                                                  DALE M. EDMONDSON
                                                   SARA M. FOLCHI
6                                                  O'MELVENY & MYERS LLP

7

8                                                  By:   /s/ Dale M. Edmondson
                                                         Dale M. Edmondson
9

10                                                 Attorneys for Defendants
                                                   MAGMA DESIGN AUTOMATION, INC. AND
11                                                 RAJEEV MADHAVAN

12

13

14  Dated: August 28, 2006                         JEFF S. WESTERMAN
                                                   KAREN T. ROGERS
15                                                 CHERYL A. WILLIAMS
                                                   IAN CHOWDHURY
16                                                 MILBERG WEISS BERSHAD &
                                                   SHULMAN LLP

17

18                                                 By:   /s/ Ian Chowdhury
                                                         Ian Chowdhury
19

20                                                 Lead Counsel for Plaintiff

21      I, Dale M. Edmondson, am the ECF User whose ID and password are being used to file
22  this stipulation re-setting the hearing on class certification and extending the briefing schedule for
23  the same. In compliance with General Order 45, X.B., I hereby attest that Ian Chowdhury has
24  concurred in this filing.

25

26                                                 By:   /s/ Dale M. Edmondson
                                                         Dale M. Edmondson
27

28

- 2 -
STIP. & [PROPOSED] ORDER RE: EXTENSION TO ANSWER & CMC DEADLINES – C-05-2394-CRB

**ORDER**

The Court, having considered the recitals and stipulation of the parties, and good cause appearing therefor, **IT IS HEREBY ORDERED** as follows:

1. Defendants shall file and serve the answer to the first amended consolidated complaint on or before September 29, 2006;

2. The parties shall meet and confer regarding initial disclosures, early settlement, and a discovery plan on or before September 18, 2006;

3. The last day to complete initial disclosures, file and serve a joint Case Management Statement, and file and serve a Rule 26(f) Report shall be October 10, 2006; and

4. The Initial Case Management Conference shall be held at 8:30 a.m. on Friday, October 20, 2006.

DATED:  August 29, 2006



Charles R. Breyer
United States District C...

- 3 -
STIP. & [PROPOSED] ORDER RE: EXTENSION TO ANSWER & CMC DEADLINES – C-05-2394-CRB