DAVID M. FURBUSH (S.B. #83447)
MEREDITH N. LANDY (S.B. #136489)
DALE M. EDMONDSON (S.B. #189793)
SARA M. FOLCHI (S.B. #228540)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:   (650) 473-2600
Facsimile:    (650) 473-2601
E-Mail:        dfurbush@omm.com
                   mlandy@omm.com
                   dedmondson@omm.com
                   sfolchi@omm.com

Attorneys for Defendants
MAGMA DESIGN AUTOMATION, INC. AND
RAJEEV MADHAVAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re<br><br>MAGMA DESIGN AUTOMATION, INC. SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS. | Case No.  C-05-2394-CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT DEADLINES** |
|---|---|

**RECITALS**

1. **WHEREAS**, the parties initially agreed to continue the initial case management conference and related dates until after such time as a consolidated complaint has been upheld by the Court, and to submit a revised scheduling order within fourteen (14) days of that order, on September 7, 2005;

2. **WHEREAS**, the Court signed the parties' stipulation on September 14, 2005;

3. **WHEREAS**, the Court granted in part and denied in part defendants' motion to dismiss on August 18, 2006;

4. **WHEREAS,** the parties submitted to the Court a stipulation on August 28, 2006, and the Court signed the parties' stipulation on August 29, 2006 requiring Defendants' to file their Answer by September 29, 2006 and setting the Initial Case Management Conference ("CMC") for October 20, 2006 (and setting dates related to the CMC accordingly);

5. **WHEREAS**, hearings and other items with schedules outside the parties' control have interfered and created unavoidable conflicts, and counsel have met and conferred extensively regarding resetting the case management conference, and related dates, in efforts to set mutually workable dates;

**STIPULATION OF THE PARTIES**

**THEREFOR**, the parties hereto, lead plaintiff Frank Weiler and defendants Magma Design Automation, Inc. and Rajeev Madhavan, by and through their respective counsel of record, hereby stipulate, agree, and request that the Court enter an order thereon, as follows:

1. The parties shall meet and confer regarding initial disclosures, early settlement, and a discovery plan on or before October 5, 2006;

2. The last day to complete initial disclosures, file and serve a joint Case Management Statement, and file and serve a Rule 26(f) Report shall be November 7, 2006; and

3. The Initial Case Management Conference shall be held at 8:30 a.m. on Friday, November 17, 2006.

Dated: September 18, 2006

DAVID M. FURBUSH
MEREDITH N. LANDY
DALE M. EDMONDSON
SARA M. FOLCHI
O'MELVENY & MYERS LLP

By: _____/s/ David M. Furbush_____
David M. Furbush

Attorneys for Defendants
MAGMA DESIGN AUTOMATION, INC. AND
RAJEEV MADHAVAN

Dated: September 18, 2006

JEFF S. WESTERMAN
KAREN T. ROGERS
CHERYL A. WILLIAMS
MILBERG WEISS BERSHAD &
SHULMAN LLP

By: _____/s/ Jeff S. Westerman_____
Jeff S. Westerman

Lead Counsel for Plaintiff

I, David M. Furbush, am the ECF User whose ID and password are being used to file this stipulation resetting the hearing on class certification and extending the briefing schedule for the same. In compliance with General Order 45, X.B., I hereby attest that Jeff Westerman has concurred in this filing.

By: _____/s/ David M. Furbush_____
David M. Furbush

**ORDER**

The Court, having considered the recitals and stipulation of the parties, and good cause appearing therefor, **IT IS HEREBY ORDERED** as follows:

1. The parties shall meet and confer regarding initial disclosures, early settlement, and a discovery plan on or before October 5, 2006;

2. The last day to complete initial disclosures, file and serve a joint Case Management Statement, and file and serve a Rule 26(f) Report shall be November 7, 2006; and

3. The Initial Case Management Conference shall be held at 8:30 a.m. on Friday, November 17, 2006.

DATED:  Sept. 20 , 2006



Charles R. Breyer
United States District Judge