1  MEREDITH N. LANDY (S.B. #136489)
   DALE M. EDMONDSON (S.B. #189793)
2  SARA M. FOLCHI (S.B. #228540)
   O'MELVENY & MYERS LLP
3  2765 Sand Hill Road
   Menlo Park, California  94025
4  Telephone:   (650) 473-2600
   Facsimile:   (650) 473-2601
5  mlandy@omm.com
   dedmondson@omm.com
6  sfolchi@omm.com

7  Attorneys for Defendants
   MAGMA DESIGN AUTOMATION, INC., AND
8  RAJEEV MADHAVAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MAGMA DESIGN AUTOMATION, INC. SECURITIES LITIGATION | Case No. C-05-2394-CRB (JCS)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: BRIEFING SCHEDULE AND HEARING DATE FOR LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | DATE:           August 10, 2007<br>PROPOSED:   August 17, 2007<br>TIME:           10:00 a.m.<br>CTRM:          8, 19th Floor<br>JUDGE:        Hon. Charles R. Breyer |

STIP. & [PROPOSED] ORDER RE: CLASS
CERT. – CASE NO. C-05-2394-CRB (JCS)

# RECITALS

1. **WHEREAS**, lead plaintiff filed a motion for class certification on June 19, 2007, while negotiations regarding a mutually agreeable briefing schedule and hearing date were continuing;

2. **WHEREAS**, the hearing on the motion for class certification was originally noticed for August 10, 2007, at 10:00 a.m.;

3. **WHEREAS**, the parties have now completed those negotiations and agree that a briefing schedule and a revised hearing date are appropriate;

# STIPULATION OF THE PARTIES

**THEREFOR**, the parties hereto, lead plaintiff Frank Weiler and defendants Magma Design Automation, Inc. and Rajeev Madhavan, by and through their respective counsel of record, hereby stipulate, agree, and request that the Court enter an order thereon, as follows:

1. Defendants shall file and serve the response to the motion for class certification on or before July 20, 2007;

2. Lead plaintiff shall file and serve any reply to defendants' response on or before August 3, 2007;

3. The hearing on lead plaintiff's motion for class certification shall be held on August 17, 2007, at 10:00 a.m., or on a different date to be determined by the Court.

IT IS SO STIPULATED.

Dated: July 13, 2007

MEREDITH N. LANDY
DALE M. EDMONDSON
SARA M. FOLCHI
O'MELVENY & MYERS LLP

By:   /s/ Meredith N. Landy
            Meredith N. Landy

Attorneys for Defendants
MAGMA DESIGN AUTOMATION, INC. AND
RAJEEV MADHAVAN

- 1 -   STIP. & [PROPOSED] ORDER RE: CLASS CERT. – CASE NO. C-05-2394-CRB (JCS)

| | |
|---|---|
| Dated: July 13, 2007 | JEFF S. WESTERMAN<br>KAREN T. ROGERS<br>CHERYL A. WILLIAMS<br>MICHIYO MICHELLE FURUKAWA<br>MILBERG WEISS LLP |

By: /s/ Cheryl A. Williams
Cheryl A. Williams

Lead Counsel for Plaintiff

I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Re. Briefing Schedule and Hearing Date for Lead Plaintiff's Motion for Class Certification. In compliance with General Order 45, X.B., I hereby attest that Cheryl A. Williams has concurred in this filing.

By: /s/ Meredith N. Landy
Meredith N. Landy

***

### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ____July 19_____, 2007

_____
Honorable Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

MP1:1002654.2

- 2 -   STIP. & [PROPOSED] ORDER RE: CLASS CERT. – CASE NO. C-05-2394-CRB (JCS)