UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>MAGMA DESIGN AUTOMATION,<br>INC. SECURITIES LITIGATION.<br>_____/<br><br>This document relates to:<br><br>ALL ACTIONS.<br>_____/ | No. C-05-2394 CRB (JCS)<br><br>**ORDER RE JOINT LETTER OF<br>SEPTEMBER 5, 2007 [Docket No. 108]** |

The Court has received a Joint Letter dated September 5, 2007, signed by counsel for Plaintiffs and counsel for Defendants [Docket No. 108]. The Court interprets the Joint Letter as a motion to compel (the "Motion to Compel"). The matter came on for telephonic hearing on September 19, 2007, at 1:30 p.m. The parties appeared through counsel.

Good cause appearing, and for the reasons stated on the record, IT IS HEREBY ORDERED as follows:

1. The Motion to Compel the production of documents responsive to Document Request No. 11 is GRANTED IN PART and DENIED IN PART. Defendants are directed to produce all responsive documents relating to Madhavan, van Ginneken, Hutt, Walker, and Jewell.

2. The Motion to Compel the production of documents responsive to Document Request No. 12 is DENIED.

3. The Motion to Compel the production of documents responsive to Document Request Nos. 13 and 14 is GRANTED IN PART and DENIED IN PART. Defendants shall produce all non-privileged Board materials (including minutes and Board packages)

concerning van Ginneken, the alleged misconduct and/or the technology at issue in the patent litigation (including products containing the technology at issue) for the period covered by this request.

4. The Motion to Compel documents responsive to Document Request No. 19 is DENIED.

5. The Motion to Compel documents responsive to Document Request No. 10 is GRANTED IN PART. Defendants shall produce all responsive documents reflecting interactions between Madhavan and van Ginneken and/or Hutt.

6. The Motion to Compel documents responsive to Document Request Nos. 1, 2, and 4 is DENIED.

IT IS SO ORDERED.

Dated: September 20, 2007

JOSEPH C. SPERO
United States Magistrate Judge