MILBERG WEISS LLP
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milbergweiss.com
CHERYL A. WILLIAMS (SBN 193532)
cwilliams@milbergweiss.com
MICHIYO MICHELLE FURUKAWA (SBN 234121)
mfurukawa@milbergweiss.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

Attorneys for Lead Plaintiff

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: MAGMA DESIGN AUTOMATION, INC. SECURITIES LITIGATION | Case No.: C-05-2394 CRB |
| | CLASS ACTION |
| This Document Relates to: | AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO APPROVE CLASS NOTICE |
| ALL ACTIONS | |

1  On August 16, 2007, the Court granted Plaintiff's Motion for Class Certification,

2  appointing Lead Plaintiff Frank Weiler as Class Representative and Milberg Weiss LLP as Class

3  Counsel.

4  NOW, THEREFORE, the parties stipulate and request that the Court order as follows:

5  1.     The Court approves the form, substance and requirements of the Notice of

6  Pendency of Class Action ("Notice") and Summary Notice of Class Action for Publication

7  ("Summary Notice"), annexed hereto as Exhibits 1 and 2 respectively.

8  2.     The Court approves the appointment of Gilardi & Co. LLC as the Class Notice

9  Administrator.  The Class Notice Administrator shall cause the Notice, substantially in the form

10  annexed hereto as Exhibit 1, to be mailed, by first class mail, postage prepaid, on or before **ten**

11  **(10) business days from the date of this Order**, to all Class Members who can be identified

12  with reasonable effort.  The Defendants have provided the Class Notice Administrator with

13  contact information for the transfer agent for Magma Design Automation, Inc. ("Magma") and

14  have directed the transfer agent to respond to inquiries from the Class Notice Administrator in

15  furtherance of the Class Notice Administrator's efforts to identify and give notice to the Class.

16  The Notice Administrator shall use reasonable efforts to give notice to nominee purchasers such

17  as brokerage firms and other person or entities who purchased Magma common stock during the

18  Class Period as record owners but not as beneficial owners.  Such nominee purchasers are

19  directed within seven (7) days of their receipt of the Notice, to either forward copies of the

20  Notice to their beneficial owners, or to provide the Notice Administrator with lists of the names

21  and addresses of the beneficial owners, and the Notice Administrator is ordered to send the

22  Notice promptly to such identified beneficial owners.  Nominee purchasers who elect to send the

23  Notice to their beneficial owners shall send a statement to the Notice Administrator confirming

24  that the mailing was made as directed.  Additional copies of the Notice shall be made available to

25  any record holder requesting such for the purpose of distribution to beneficial owners, and such

26  record holders shall be reimbursed upon receipt by the Notice Administrator of proper

27  documentation, for the reasonable expense of sending the Notices to beneficial owners.  Lead

28  Class Counsel shall file with the Court proof of mailing of the Notice.

3.      The Court approves the form of the Summary Notice in substantially the form and content annexed hereto as Exhibit 2 and directs that Lead Plaintiff's Counsel shall cause the Summary Notice to be published in the national edition of the *Investor's Business Daily* within ten (10) days of the mailing of the Notice.  Lead Plaintiff's Counsel shall file with the Court proof of such publication of the Summary Notice.

4.      The form and content of the Notice, and the method set forth herein of notifying the Class of the pendency of the class meet the requirements of Rule 23 of the Federal Rules of Civil Procedure, Section 21D(a)(7) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(7) as amended by the Private Securities Litigation Reform Act of 1995, and due process, constitute the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons and entities entitled thereto.

5.      Class Members shall be bound by all determinations and judgments in this Action, whether favorable or unfavorable, unless such persons request exclusion from the Class in a timely and proper manner, as hereinafter provided.  A Class Member wishing to make such request shall mail the request in written form by first class mail postmarked not later than **forty-five (45) days after mailing to the address of the Notice Administrator designated in the Notice**.  Such request for exclusion shall clearly indicate the name and address of the person or entity seeking exclusion, must clearly state that the sender requests to be excluded from the Class in the Magma Securities Litigation, and must be signed by such person.  Such persons requesting exclusion should also state: the date(s), price(s), and number(s) of shares of all purchases and sales of Magma common stock during the Class Period.  The request for exclusion shall not be effective unless it provides the required information and is made within the time stated above, or the exclusion is otherwise accepted by the Court.

1       6.    Class Members requesting exclusion from the Class shall not be entitled to

2   receive any payment out of any recovery in the case.

3       **IT IS SO STIPULATED.**

4   DATED:  September 18, 2007        MILBERG WEISS LLP

5       JEFF S. WESTERMAN
    CHERYL A. WILLIAMS

6       MICHIYO MICHELLE FURUKAWA

7

8            */s/ Cheryl A. Williams*
    CHERYL A. WILLIAMS

9       One California Plaza

10      300 South Grand Avenue, Suite 3900
    Los Angeles, CA 90071

11      Telephone:  (213) 617-1200
    Facsimile:  (213) 617-1975

12      MILBERG WEISS LLP

13      Peter Seidman
    One Pennsylvania Plaza

14      New York, NY 10119-0165
    Telephone:  (212) 594-5300

15      Facsimile:  (212) 868-1229

16      Counsel for Lead Plaintiff

17  DATED:  September 18, 2007        O'MELVENY & MYERS LLP
    DALE M. EDMONSON

18      DAVID MALCOM FURBUSH
    MEREDITH N. LANDY

19

20           */s/ Dale M. Edmonson*

21      DALE M. EDMONSON

22      2765 Sand Hill Road
    Menlo Park, CA 94025

23      Telephone:  (650) 473-2632
    Facsimile:  (650) 473-2601

24

25      Counsel for Defendants

26

27

28

\*     \*     \*

## <u>ORDER</u>

Having read and considered the parties' Joint Stipulation and [Proposed] Order to Approve Class Notice,

**IT IS SO ORDERED.**

DATED: _____09/21_____, 2007



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT

Judge Charles R. Breyer