**United States District Court**
For the Northern District of California

1

2

3

4

5
UNITED STATES DISTRICT COURT

6
NORTHERN DISTRICT OF CALIFORNIA

7

8
IN RE:                                                          No. C-05-2394 CRB (JCS)

9
MAGMA DESIGN AUTOMATION,
INC. SECURITIES LITIGATION.          **ORDER RE JOINT LETTER OF**

10
_____/          **OCTOBER 19, 2007 [Docket No. 125]**

11
This document relates to:

12
     ALL ACTIONS.

13
_____/

14
     The Court has received a Joint Letter dated October 19, 2007, signed by counsel for

15
Plaintiffs and counsel for Defendants [Docket No. 125].  The Court interprets the Joint Letter as a

16
motion to compel (the "Motion to Compel").  The matter came on for telephonic hearing on October

17
29, 2007, at 10:30 a.m. Cheryl Williams and Jeff Westerman, counsel for Plaintiff, appeared.

18
Dhaivat H. Shah, counsel for Defendant, appeared.

19
     Good cause appearing, and for the reasons stated on the record, IT IS HEREBY ORDERED

20
as follows:

21
     1.    Future joint discovery dispute letters shall be no more than three (3) pages total.

22
     2.    The objection is OVERRULED as to Dr. Walker. Dr. Walker may serve as Plaintiff's

23
           designated expert witness, and may have access to all confidential information,

24
           including "Attorneys' Eyes Only" information.  Dr. Walker must adhere to the

25
           Protective Order that is in place.

26
     3.    The objection is OVERRULED as to the confidential designation.

27
     4.    The Motion to Compel Source Code is DENIED.

28

**United States District Court**

For the Northern District of California

1   IT IS SO ORDERED.

2

3   Dated: October 31, 2007

4                                                    JOSEPH C. SPERO
                                                     United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28