1  MILBERG WEISS LLP
   JEFF S. WESTERMAN (SBN 94559)
2  jwesterman@milbergweiss.com
   CHERYL A. WILLIAMS (SBN 193532)
3  cwilliams@milbergweiss.com
   MICHIYO MICHELLE FURUKAWA (SBN 234121)
4  mfurukawa@milbergweiss.com
   One California Plaza
5  300 S. Grand Avenue, Suite 3900
   Los Angeles, CA 90071-3172
6  Telephone: (213) 617-1200
   Facsimile:  (213) 617-1975
7
   Attorneys for Lead Plaintiff
8
   [Additional Counsel on Signature Page]
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13  IN RE: MAGMA DESIGN AUTOMATION,      )   Case No.: C-05-2394 CRB
    INC. SECURITIES LITIGATION           )
14                                       )   CLASS ACTION
                                         )
15  _____ )   JOINT STIPULATION AND [PROPOSED]
                                         )   ORDER RE PRETRIAL DISCLOSURES
16  This Document Relates to:            )
                                         )
17       ALL ACTIONS                     )   TRIAL:      December 3, 2007
                                         )   CTRM:       Hon Charles R. Breyer
18                                       )
    _____ )
19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER RE PRETRIAL DISCLOSURES
Case No. C-05-2394 CRB
DOCS\417742v1

## STIPULATION

The parties hereby submit this joint stipulation and Proposed Order in order to: (1) comply with the Court's Guidelines for Trial and Final Pretrial Conference ("Guidelines"); and (2) waive compliance with Rule 26(a)(3), which the parties interpret as superceded by the Guidelines.  In light of the fact that the Pretrial Disclosures set forth in Rule 26(a)(3) conflict with the Guidelines set by the Court, the parties jointly request that pretrial disclosures be set in compliance with the Guidelines as follows:

1. November 12, 2007 - Exchange of witness and exhibit lists (excluding deposition designations);

2. November 16, 2007 - Exchange of objections to witness and exhibit lists;

3. November 19, 2007 - Meet and confer regarding objections; and

4. November 21, 2007 - File joint proposed final pretrial order.

NOW THEREFORE, the parties to this action, by and through their attorneys, hereby STIPULATE AND AGREE to the following pretrial disclosure schedule:

1. November 12, 2007 - Exchange of witness and exhibit lists (excluding deposition designations);

2. November 16, 2007 - Exchange of objections to witness and exhibit lists;

3. November 19, 2007 - Meet and confer regarding objections; and

4. November 21, 2007 - File joint proposed final pretrial order.

Respectfully submitted this 31st day of October 2007.

MILBERG WEISS LLP
JEFF S. WESTERMAN
CHERYL A. WILLIAMS
MICHIYO MICHELLE FURUKAWA


*/s/ Cheryl A. Williams*
CHERYL A. WILLIAMS

One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

MILBERG WEISS LLP
PETER E. SEIDMAN
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229

Attorneys for Lead Plaintiff

O'MELVENY & MYERS LLP
MEREDITH LANDY
DHAIVAT H. SHAH


                    */s/ Dhaivat H. Shah*
                     DHAIVAT H. SHAH

2765 Sand Hill Road
Menlo Park, CA  94025
Telephone:  (650) 473-2600
Facsimile:   (650) 473-2601

Attorneys for Defendants
MAGMA DESIGN AUTOMATION, INC.
AND RAJEEV MADHAVAN

**ORDER**

Pursuant to the parties' stipulation, the Court hereby orders the parties to adhere to the following pretrial disclosure schedule:

        1.     November 12, 2007 - Exchange of witness and exhibit lists (excluding deposition designations);

        2.     November 16, 2007 - Exchange of objections to witness and exhibit lists;

        3.     November 19, 2007 - Meet and confer regarding objections; and

        4.     November 21, 2007 - File joint proposed final pretrial order.

DATED:  _November 2, 2007_____   _____



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Charles R. Breyer