| | |
|---|---|
| 1 | MILBERG WEISS LLP |
| | JEFF S. WESTERMAN (SBN 94559) |
| 2 | jwesterman@milbergweiss.com |
| | CHERYL A. WILLIAMS (SBN 193532) |
| 3 | cwilliams@milbergweiss.com |
| | MICHIYO MICHELLE FURUKAWA (SBN 234121) |
| 4 | mfurukawa@milbergweiss.com |
| | One California Plaza |
| 5 | 300 S. Grand Avenue, Suite 3900 |
| | Los Angeles, CA 90071-3172 |
| 6 | Telephone: (213) 617-1200 |
| | Facsimile: (213) 617-1975 |
| 7 | |
| | Attorneys for Lead Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: MAGMA DESIGN AUTOMATION, INC. SECURITIES LITIGATION | Case No.: C-05-2394 CRB |
| | CLASS ACTION |
| This Document Relates to: | JOINT REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |
| ALL ACTIONS | |

JOINT REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. C-05-2394 CRB
DOCS\423864v1

# REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE

In light of the settlement agreement reached in this matter and the parties' need for additional time to prepare a stipulation of settlement and a motion for preliminary settlement approval, the parties respectfully request that the Court defer the Case Management Conference ("CMC"), currently scheduled for February 1, 2008, until March 14, 2008, by which time counsel anticipates filing a stipulation of settlement. Accordingly, the parties request that the Court reschedule the CMC for hearing on March 14, 2008.

DATED: January 17, 2008

MILBERG WEISS LLP
JEFF S. WESTERMAN
CHERYL A. WILLIAMS
MICHIYO MICHELLE FURUKAWA


                    */s/ Cheryl A. Williams*
                    CHERYL A. WILLIAMS

One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

MILBERG WEISS LLP
PETER E. SEIDMAN
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Attorneys for Lead Plaintiff

O'MELVENY & MYERS LLP
MEREDITH N. LANDY
DHAIVAT H. SHAH
SARA M. FOLCHI
VIVI TRAN


                    */s/ Sara M. Folchi*
                    SARA M. FOLCHI

2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 473-2632
Facsimile: (650) 473-2601

Counsel for Defendants

I, Cheryl A. Williams, am the ECF user whose identification and password are being used to file this Joint Request to Reschedule Case Management Conference and [Proposed] Order. In compliance with General Order 45.X.B., I hereby attest that Sara M. Folchi has concurred in this filing.

DATED: January 17, 2008

*/s/ Cheryl A. Williams*
CHERYL A. WILLIAMS

\* \* \*

**ORDER**

The Case Management Conference scheduled for February 1, 2008 is continued until March 21, 2008.

DATED: January 18, 2008

The Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer