MILBERG WEISS LLP
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milbergweiss.com
CHERYL A. WILLIAMS (SBN 193532)
cwilliams@milbergweiss.com
MICHIYO MICHELLE FURUKAWA (SBN 234121)
mfurukawa@milbergweiss.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

Attorneys for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: MAGMA DESIGN AUTOMATION, INC. SECURITIES LITIGATION | Case No.: C-05-2394 CRB |
| | CLASS ACTION |
| This Document Relates to: | JOINT REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |
| ALL ACTIONS | |

# REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE

In light of the fact that the parties are close to finalizing a stipulation of settlement and in the process of preparing a motion for preliminary settlement approval, the parties respectfully request that the Court defer the Case Management Conference ("CMC"), currently scheduled for March 21, 2008, until April 25, 2008, by which time counsel anticipates filing a Stipulation of Settlement, and a Motion for Preliminary Settlement Approval for hearing on the same day. Accordingly, the parties request that the Court reschedule the CMC for hearing on April 25, 2008.

DATED: March 7, 2008

MILBERG WEISS LLP
JEFF S. WESTERMAN
CHERYL A. WILLIAMS
MICHIYO MICHELLE FURUKAWA

*/s/ Cheryl A. Williams*
CHERYL A. WILLIAMS

One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

MILBERG WEISS LLP
PETER E. SEIDMAN
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Attorneys for Lead Plaintiff

O'MELVENY & MYERS LLP
MEREDITH N. LANDY
DHAIVAT H. SHAH
SARA M. FOLCHI
VIVI TRAN

*/s/ Sara M. Folchi*
SARA M. FOLCHI

2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 473-2632
Facsimile: (650) 473-2601

Counsel for Defendants

I, Cheryl A. Williams, am the ECF user whose identification and password are being used to file this Joint Request to Reschedule Case Management Conference and [Proposed] Order. In compliance with General Order 45.X.B., I hereby attest that Sara M. Folchi has concurred in this filing.

DATED: March 7, 2008

*/s/ Cheryl A. Williams*
CHERYL A. WILLIAMS

\* \* \*

**ORDER**

The Case Management Conference scheduled for March 21, 2008 is continued until April 25, 2008.

DATED: March 7, 2008

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA