1  MEREDITH N. LANDY (S.B. #136489)
   DHAIVAT H. SHAH (S.B. # 196382)
2  SARA M. FOLCHI (S.B. #228540)
   O'MELVENY & MYERS LLP
3  2765 Sand Hill Road
   Menlo Park, California  94025
4  Telephone:   (650) 473-2600
   Facsimile:    (650) 473-2601
5  Email:          mlandy@omm.com
                   dshah@omm.com
6                  sfolchi@omm.com

7  Attorneys for Defendants
   MAGMA DESIGN AUTOMATION, INC. AND
8  RAJEEV MADHAVAN

9

10                     **UNITED STATES DISTRICT COURT**

11                     **NORTHERN DISTRICT OF CALIFORNIA**

12                             **SAN FRANCISCO DIVISION**

13

| 14 | IN RE MAGMA DESIGN AUTOMATION, INC. SECURITIES LITIGATION, | Case No.  C-05-2394-CRB (JCS) |
|----|---|---|
| 15 | | **CLASS ACTION** |
| 16 | ——————————————— | **JOINT REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE;** |
| 17 | THIS DOCUMENT RELATES TO: ALL ACTIONS | ~~[PROPOSED]~~ **ORDER** |
| 18 | | |

**JOINT REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

In light of the fact that the parties are close to finalizing a stipulation of settlement and in the process of preparing a motion for preliminary settlement approval, the parties respectfully request that the Court defer the Case Management Conference ("CMC"), currently scheduled for April 25, 2008, until June 6, 2008 at 8:30 a.m., by which time counsel anticipates filing a Stipulation of Settlement, and a Motion for Preliminary Settlement Approval for hearing on the same day. Accordingly, the parties request that the Court reschedule the CMC for hearing on June 6, 2008 at 8:30 a.m.

Dated: April 10, 2008

MEREDITH N. LANDY
DHAIVAT H. SHAH
SARA M. FOLCHI
O'MELVENY & MYERS LLP

By: /s/ Sara M. Folchi
       Sara M. Folchi

Attorneys for Defendants
MAGMA DESIGN AUTOMATION, INC.
AND RAJEEV MADHAVAN

Dated: April 10, 2008

JEFF S. WESTERMAN
CHERYL A. WILLIAMS
MICHIYO MICHELLE FURUKAWA
MILBERG LLP

By: /s/ Michiyo Michelle Furukawa
       Michiyo Michelle Furukawa

One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

PETER E. SEIDMAN
MILBERG LLP
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Attorneys for Lead Plaintiff

1   I, Sara M. Folchi, am the ECF User whose ID and password are being used to file this
2  Joint Request to Reschedule Case Management Conference; [Proposed] Order.  In compliance
3  with General Order 45, X.B., I hereby attest that Michiyo Michelle Furukawa has concurred in
4  this filing.

                                              By:   /s/ Sara M. Folchi
                                                    Sara M. Folchi

                                              * * *

## **O R D E R**

The Case Management Conference scheduled for April 25, 2008 is continued until June 6, 2008 at 8:30 a.m.

DATED: April _11_, 2008

_____
The Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

MP1:1017513.1