MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
CHERYL A. WILLIAMS (SBN 193532)
cwilliams@milberg.com
MICHIYO MICHELLE FURUKAWA (SBN 234121)
mfurukawa@milberg.com
ANDREW J. SOKOLOWSKI (SBN 226685)
asokolowski@milberg.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

Attorneys for Lead Plaintiff and the Class

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: MAGMA DESIGN AUTOMATION, INC. SECURITIES LITIGATION | Case No.: C-05-2394 CRB |
| | CLASS ACTION |
| This Document Relates to: | STIPULATED REQUEST AND [PROPOSED] ORDER AMENDING SETTLEMENT NOTICE FILED AS EXHIBIT 1 TO PROPOSED PRELIMINARY APPROVAL ORDER |
| ALL ACTIONS | |

STIPULATATION AND PROPOSED ORDER AMENDING PROPOSED SETTLEMENT
NOTICE FILED AS EXHIBIT 1 TO PRELIMINARY APPROVAL MOTION
Case No. C-05-2394 CRB
DOCS\439265v1

In light of recent events involving class counsel, Milberg LLP, the parties hereby agree and request that certain language included in the Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Settlement Fairness Hearing ("Settlement Notice"), attached as Exhibit 1 to the Proposed Preliminary Order for Notice and Hearing in Connection with Settlement Proceedings, filed with the Court on June 6, 2008, be modified on page 12, footnote 2, to state as follows:

> Milberg LLP was formerly known as Milberg Weiss Bershad & Schulman LLP. On May 18, 2006 in the United States District Court for the Central District of California (Los Angeles), Milberg Weiss Bershad & Schulman LLP and two of its partners, David J. Bershad and Steven G. Schulman, and others, were named as defendants in an indictment. On September 20, 2007 a superseding indictment was filed which added Melvyn I. Weiss as a named defendant. The indictments alleged that, in certain cases identified in the indictments, portions of attorneys' fees awarded to the firm were improperly shared with certain plaintiffs. ~~Milberg LLP has pleaded not guilty.~~ The three partners named in the indictments have left the firm and have ~~agreed to plead~~ pleaded guilty to a charge of conspiracy. The indictments do not refer to this action, and make no allegations of any impropriety in the conduct of this action.
>
> On June 16, 2008, Milberg LLP entered into a non-prosecution case disposition agreement with the government providing for dismissal of the indictment against Milberg LLP. The government determined that the former senior partners who had engaged in misconduct "took affirmative steps to conceal their illegal activities from other partners, associates, and employees of the Firm." The government determined that dismissal of the indictment and non-prosecution of Milberg LLP were appropriate in light of its belief that "no attorney currently a partner or associate with Milberg LLP is criminally culpable" with respect to conduct charged in the indictment.

The amended Settlement Notice containing the revised language above is attached hereto as Exhibit A to the Proposed Order.

DATED: July 2, 2008

MILBERG LLP
JEFF S. WESTERMAN
CHERYL A. WILLIAMS
MICHIYO MICHELLE FURUKAWA
ANDREW J. SOKOLOWSKI

　　　　　　　　　　　　　　　　　　　　　　　/s/ Cheryl A. Williams
CHERYL A. WILLIAMS

One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
jwesterman@milberg.com
cwilliams@milberg.com
mfurukawa@milberg.com
asokolowski@milberg.com

MILBERG LLP
PETER E. SEIDMAN
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229
E-mail: pseidman@milberg.com

Attorneys for Lead Plaintiff and the Class

STIPULATION AND PROPOSED ORDER AMENDING PROPOSED SETTLEMENT NOTICE FILED AS EXHIBIT 1 TO PRELIMINARY APPROVAL MOTION
Case No. C-05-2394 CRB

- 2 -

DOCS\439265v1

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

O'MELVENY & MYERS LLP
MEREDITH LANDY
DHAIVAT H. SHAH


_____   */s/ Dhaivat H. Shah*
                      DHAIVAT H. SHAH

2765 Sand Hill Road
Menlo Park, CA  94025
Telephone:  (650) 473-2600
Facsimile:   (650) 473-2601

Attorneys for Defendants
MAGMA DESIGN AUTOMATION, INC.
AND RAJEEV MADHAVAN

*          *          *

STIPULATION AND PROPOSED ORDER AMENDING PROPOSED SETTLEMENT
NOTICE FILED AS EXHIBIT 1 TO PRELIMINARY APPROVAL MOTION
Case No. C-05-2394 CRB

- 3 -

DOCS\439265v1

ORDER

The Court, having reviewed the parties' Stipulated Request to Amend Settlement Notice Filed as Exhibit 1 to Proposed Preliminary Approval Order, hereby grants the request and approves the amended version of the Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Settlement Fairness Hearing, attached as Exhibit A hereto, in lieu of the version previously filed on June 6, 2008.

IT IS SO ORDERED.

Dated: July _03_, 2008

_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

Submitted by:

MILBERG LLP
JEFF S. WESTERMAN
ELIZABETH P. LIN
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
Email: jwesterman@milberg.com
   elin@milberg.com

MILBERG LLP
GEORGE A. BAUER III
ANITA KARTALOPOULOS
One Pennsylvania Plaza, 49th Floor
New York, NY  10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229
Email: gbauer@milberg.com
   akartalopoulos@milberg.com

Attorneys for Lead Plaintiff and the Class