IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MAGMA DESIGN AUTOMATION, INC. SECURITIES LITIGATION | No. C 05-02394 CRB<br>**ORDER** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

On December 5, 2008, this matter came before the Court for the final approval of a class action settlement and a motion for attorneys' fees and costs. At the hearing, the Court indicated that it wanted to know the approximate recovery that claimants were expected to receive through the settlement agreement. See Transcript of Dec. 5, 2008 at 3-4. At that time, the final date for submission of claims had not yet passed. Accordingly, Counsel was instructed to submit a declaration after the claim period was closed setting forth the number of claimants and the expected recovery each rough category of claimants would receive. See id. at 5. The Court recognized that Counsel would not be able to give a "bottom line" of exactly what each claimant would receive, but it is interested in seeing a declaration from Counsel assessing the success of the settlement for the class claimants. See id. at 11.

The deadline for submission of claims was December 17, 2008. To date, the Court has not received a declaration from Counsel in accordance with the instructions given at the December 5, 2008 fairness hearing. In order to facilitate the Court's further review of the

motions for final approval and for attorneys' fees, Counsel is instructed to submit a declaration setting forth the total number of claimants and the estimated recovery for the various categories of claimants by Friday, March 20, 2009.

**IT IS SO ORDERED.**

Dated: March 10, 2009

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE